```
 1  IRELL & MANELLA LLP
    Morgan Chu (Bar No. 70446)
 2  Andrei Iancu (Bar No. 184973)
    Peter E. Gratzinger (Bar No. 228764)
 3  1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067
 4  Telephone: (310) 277-1010
    Facsimile:  (310) 203-7199
 5  *AIancu@irell.com*
    *PGratzinger@irell.com*
 6  Attorneys for Defendant, eBay Inc.
 7
    *Additional attorneys listed on signature page*
 8
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAUCTION LLC, | Case No. 3:09-cv-3705-SI |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| BIDZ.COM, INC., ET AL | |
| | Hon. Susan Illston |
| Defendants. | |

### STIPULATED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to stipulation by and between the parties hereto, plaintiff TransAuction LLC and defendant eBay Inc., through their respective attorneys of record, the parties hereby request that the Initial Case Management Conference now scheduled for October 16, 2009 be rescheduled to December 4 ~~November 20,~~ 2009 or as soon thereafter as the Court is available.

| | | |
|---|---|---|
| 1 | Date: October 1, 2009 | Respectfully submitted, |
| 2 | | /s/ Kenneth R. Wright |
| | | ROBERT W. HICKS & ASSOCIATES |
| 3 | | Robert W. Hicks (CA Bar No. 168049) |
| | | Kenneth R. Wright (CA Bar No. 176325) |
| 4 | | 14510 Big Basin Way, Suite 151 |
| | | Saratoga, CA 95070 |
| 5 | | Phone: (619) 846-4333 |
| | | Fax: (619) 236-3413 |
| 6 | | rhicks@rwhlaw.com |
| | | kwright@rwhlaw.com |

NELSON BUMGARDNER CASTO, P.C.
Edward E. Casto, Jr. (*pro hac vice*)
Steven W. Hartsell (*pro hac vice*)
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111/FAX (817) 377-3485
ecasto@nbclaw.net
shartsell@nbclaw.net

Attorneys for Plaintiff
TRANSAUCTION LLC

Date: October 1, 2009                Respectfully submitted,

/s/ Peter E. Gratzinger
IRELL & MANELLA LLP
Morgan Chu (Bar No. 70446)
Andrei Iancu (Bar No. 184973)
Peter E. Gratzinger (Bar No. 228764)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199
AIancu@irell.com
PGratzinger@irell.com
Attorneys for Defendant, eBay Inc.

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Susan Illston, Judge Susan Illston]