1  IRELL & MANELLA LLP
2  Morgan Chu (Bar No. 70446)
   Andrei Iancu (Bar No. 184973)
3  Peter E. Gratzinger (Bar No. 228764)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, CA 90067
5  Telephone: (310) 277-1010
   Facsimile:  (310) 203-7199
6  *AIancu@irell.com*
   *PGratzinger@irell.com*
7  Attorneys for Defendant, eBay Inc.

8  *Additional attorneys listed on signature page*

9           IN THE UNITED STATES DISTRICT COURT
10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 TRANSAUCTION LLC,                    Case No. 3:09-cv-3705-SI

13          Plaintiff,

14       v.                              JURY TRIAL DEMANDED

15 BIDZ.COM, INC., ET AL
                                         Hon. Susan Illston
16
            Defendants.
17

18              **STIPULATED MOTION TO RESET INITIAL**

19              **CASE MANAGEMENT CONFERENCE**

20

21       Pursuant to stipulation by and between the parties hereto, plaintiff TransAuction LLC and

22 defendant eBay Inc., through their respective attorneys of record, the parties hereby request that

23 the Initial Case Management Conference now scheduled for October 16, 2009 be rescheduled to

24 December 4
   ~~November 20,~~ 2009 or as soon thereafter as the Court is available.

25

26

27

---

| | | |
|---|---|---|
| 1 | Date: October 1, 2009 | Respectfully submitted, |
| 2 | | /s/ Kenneth R. Wright |
| | | ROBERT W. HICKS & ASSOCIATES |
| 3 | | Robert W. Hicks (CA Bar No. 168049) |
| | | Kenneth R. Wright (CA Bar No. 176325) |
| 4 | | 14510 Big Basin Way, Suite 151 |
| | | Saratoga, CA 95070 |
| 5 | | Phone: (619) 846-4333 |
| | | Fax: (619) 236-3413 |
| 6 | | rhicks@rwhlaw.com |
| | | kwright@rwhlaw.com |
| 7 | | |
| 8 | | NELSON BUMGARDNER CASTO, P.C. |
| | | Edward E. Casto, Jr. (*pro hac vice*) |
| | | Steven W. Hartsell (*pro hac vice*) |
| 9 | | 3131 West 7th Street, Suite 300 |
| | | Fort Worth, Texas 76107 |
| 10 | | (817) 377-9111/FAX (817) 377-3485 |
| | | ecasto@nbclaw.net |
| 11 | | shartsell@nbclaw.net |
| 12 | | Attorneys for Plaintiff |
| | | TRANSAUCTION LLC |
| 13 | Date: October 1, 2009 | Respectfully submitted, |
| 14 | | |
| 15 | | /s/ Peter E. Gratzinger |
| | | IRELL & MANELLA LLP |
| 16 | | Morgan Chu (Bar No. 70446) |
| | | Andrei Iancu (Bar No. 184973) |
| 17 | | Peter E. Gratzinger (Bar No. 228764) |
| | | 1800 Avenue of the Stars, Suite 900 |
| 18 | | Los Angeles, CA 90067 |
| | | Telephone: (310) 277-1010 |
| 19 | | Facsimile: (310) 203-7199 |
| | | AIancu@irell.com |
| 20 | | PGratzinger@irell.com |
| | | Attorneys for Defendant, eBay Inc. |

**IT IS SO ORDERED**

*[Signature]*
Judge Susan Illston

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]