IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAUCTION LLC, <br><br> Plaintiff, <br><br> v. <br><br> EBAY INC. <br><br> Defendants. | Case No. 3:09-cv-3705-SI <br><br> JURY TRIAL DEMANDED <br><br> Hon. Susan Illston |

### [PROPOSED] ORDER GRANTING EBAY INC.'S UNOPPOSED MOTION TO AMEND INVALIDITY CONTENTIONS

Having considered eBay Inc.'s Unopposed Motion to Amend Invalidity Contentions, and good cause appearing therefor, the Court hereby grants the motion.

**IT IS SO ORDERED**.

Dated: _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

IRELL & MANELLA LLP
Morgan Chu
Andrei Iancu
Peter E. Gratzinger
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Tel: 310-277-1010
Fax: 310-203-7199

Attorneys for Defendant
EBAY INC.