# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7540
FACSIMILE (310) 556-5315

February 25, 2010

The Honorable Susan Illston
United States District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:   TransAuction LLC v. eBay Inc., No. 3:09-cv-3705-SI (N.D. Cal.)

Dear Honorable Judge Illston:

We write on behalf of both parties in the above-referenced matter regarding the status conference scheduled for February 26, 2010, which the parties are scheduled to attend telephonically. It is the parties' understanding that the purpose of the status conference was to ensure that only a reasonable number of claims terms are presented for construction pursuant to Patent Local Rule 4-3. In the Joint Claim Construction Statement filed by the parties on February 26, 2010, the parties list only ten disputed terms. Counsel for the parties have conferred and agree that, from the parties' perspective, the status conference may be taken off calendar, and respectfully request that the Court do so. The parties are prepared to attend the conference by telephone, however, should the Court deny the request.

Sincerely,

/s/ Peter E. Gratzinger

Peter E. Gratzinger



IT IS SO ORDERED
Judge Susan Illston

2196914.1 04