IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANSAUCTION LLC,

        Plaintiff,

v.

EBAY INC.

        Defendants.

Case No. 3:09-cv-3705-SI

JURY TRIAL DEMANDED

Hon. Susan Illston

### [PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE

Having considered the Stipulated Motion to Continue Briefing Schedule, and good cause appearing therefor, the Court hereby modifies its Scheduling Order (Docket No. 106) as follows:

|  | Prior Deadline | New Deadline |
| --- | --- | --- |
| Responsive Brief on Claim Construction (Pat. L.R. 4-5) | 4/9/2010 | 4/12/2010 |
| Reply Claim Construction Brief (Pat. L.R. 4-5) | 4/23/2010 | 4/27/2010 |

IT IS SO ORDERED.

Dated: _____

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
IRELL & MANELLA LLP
Morgan Chu
Andrei Iancu
Peter E. Gratzinger
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Tel: 310-277-1010
Fax: 310-203-7199
Attorneys for Defendant
EBAY INC.